DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
EMILIO ALONSO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMILIO ALONSO HERNANDEZ, )<br>)<br>Defendant. )<br>_____ ) | NO. CR. S-10-461-FCD<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  January 4, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for EMILIO ALONSO HERNANDEZ, that the status conference hearing date of December 13, 2010 be vacated, and the matter be set for status conference on January 4, 2011 at 10:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the plea agreement and PSR with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 4, 2010 pursuant to 18 U.S.C.

1 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2 T4 based upon continuity of counsel and defense preparation.
3
4 DATED:   December 9, 2010.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
5                                              Federal Public Defender
6
7                                              /s/ Caro Marks
                                               CARO MARKS
8                                              Designated Counsel for Service
                                               Attorney for Emilio Alonso Hernandez
9
10 DATED:  December 9, 2010.                   BENJAMIN WAGNER
                                               United States Attorney
11
12
                                               /s/ Caro Marks for
13                                             MICHELE BECKWITH
                                               Assistant U.S. Attorney
14                                             Attorney for Plaintiff
15
16
17                              **ORDER**
18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the December 13, 2010, status conference hearing be
20 continued to January 4, 2011, at 10:00 a.m.  Based on the
21 representation of defense counsel and good cause appearing there from,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time up to and including the
28 January 4, 2011 status conference shall be excluded from computation of

1  time within which the trial of this matter must be commenced under the
2  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
3  Local Code T-4, to allow defense counsel reasonable time to prepare.
4  Dated: December 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE