```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR. S-10-461 FCD |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| EMIDIO HERNANDEZ, | ) |
| aka Emilio Hernandez, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, plaintiff, represented by Michele Beckwith, Assistant United States Attorney, and defendant, represented by Caro Marks, Assistant Federal Defender, that the status conference of January 24, 2011, be vacated and placed on Judge Kimberly J. Mueller's February 3, 2011 criminal calendar.

The parties stipulate to this continuance in light of the impending reassignment of this case to Judge Mueller. Furthermore, additional time is needed for defense counsel to prepare, and the parties agree that an exclusion of time under the Speedy Trial Act is appropriate for this purpose.

1  IT IS STIPULATED that the period from the signing of the
2 proposed order, up to and including the February 3, 2011 status
3 conference, be excluded in computing the time within which trial
4 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:   January 19, 2011         Respectfully submitted,
9                                   BENJAMIN B. WAGNER
                                    United States Attorney

11                                   */s/ Michele Beckwith*
                                  By: Michele Beckwith
12                                   Assistant U.S. Attorney

13 Dated: January 19, 2011           DANIEL BRODERICK
                                    Federal Defender

15                                   */s/ Caro Marks*
                                    CARO MARKS
                                    Assistant Federal Defender
16                                   Attorney for Defendant

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 24, 2011, before Judge Frank C. Damrell, Jr. be continued to February 3, 2011, at 10:00 a.m., before Judge Kimberly J. Mueller.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and

including, the February 3, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: January 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE